FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 JUL 19  PM 4: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

JAY MCINERNEY

CASE NO. 8:17 cr 357 T24 JSS

18 U.S.C. §157

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about October 31, 2012, in Hillsborough County, in the Middle

District of Florida,

JAY MCINERNEY,

the defendant herein, knowingly and with the intent to defraud did devise and

intend to devise a scheme and artifice to defraud, by preventing the Federal

Home Loan Mortgage Corporation ("Freddie Mac"), from lawfully foreclosing

on a mortgage loan it had purchased and guaranteed, by triggering the

automatic stay provision under Title 11, United States Code, and for the

purpose of executing said scheme and artifice and attempting to do so, the

defendant did file in the United States Bankruptcy Court for the Middle District

of Florida, a Chapter 13 bankruptcy petition in the name of debtor M.A under

Title 11 of the United States Code (Case 8:12-bk-16672-CPM).

In violation of Title 18, United States Code, Section 157.

W. STEPHEN MULDROW
Acting United States Attorney

By:

Christopher Poor
Special Assistant U.S. Attorney

By:

for: Simon A. Gangush
Assistant United States Attorney
Chief, Economic Crimes Section

2