UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No.: 8:17-cr-357-T-24JSS

JAY MCINERNEY
_____/

## ORDER FOR PSYCHIATRIC EVALUATION

THIS MATTER is before the Court on Defendant's Motion for Appointment of Expert to Conduct a Competency Evaluation of the Defendant.  (Dkt. 8.)  The Government is in agreement with the relief requested by Defendant.

There being reasonable grounds to believe Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial, Defendant's Motion for Appointment of Expert to Conduct a Competency Evaluation of the Defendant (Dkt. 8) is **GRANTED**.  The Court hereby appoints Valerie R. McLain, Psy.D., to conduct an independent psychiatric examination of Defendant.  The Court requests Dr. McLain complete the examination and file a report within thirty (30) days.  The doctor's report should include details of Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; her findings and opinions as to whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, the Court will conduct a further hearing on the matter.

Counsel for Defendant shall collect all available mental health records for this Defendant and promptly provide them to Dr. McLain for use during Defendant's evaluation.

The United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, shall be billed directly for all services rendered in accordance with this Order.

**DONE** and **ORDERED** in Tampa, Florida, on December 29, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Dr. McLain (via facsimile)