UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:17-cr-357-T-24JSS

JAY MCINERNEY

### REQUEST FOR LEAVE TO DISMISS INFORMATION

Pursuant to Fed. R. Crim. P. 48(a), Maria Chapa Lopez, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Information pending against Defendant JAY MCINERNEY, in the above-captioned case, without prejudice, on the ground(s) that:

The defendant, JAY MCINERNEY, has been diagnosed by two medical experts as suffering from dementia and incompetent to enter a guilty plea.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Information against Defendant JAY MCINERNEY in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Christopher Poor*
Christopher Poor
Special Assistant United States Attorney
United States Attorney No.: 152
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Christopher.Poor@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-357-T-24JSS

JAY MCINERNEY

# ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Information against Defendant JAY MCINERNEY, without prejudice. Leave of Court is granted and the Information is dismissed against Defendant JAY MCINERNEY, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant JAY MCINERNEY.

Dated: _____  _____
SUSAN C. BUCKLEW
United States District Judge